Kevin R. Anderson, Bar #4786
STANDING CHAPTER 13 TRUSTEE
32 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| IN RE: STEFAN T. CHATWIN | Case No. 00B-21720 |
|---|---|
| Social Security No. 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 | Chapter 13 |
| | Judge JUDITH A. BOULDEN |

## FINAL ACCOUNT OF TRUSTEE AND PETITION FOR FINAL DECREE

COMES NOW Petitioner and Trustee, Kevin R. Anderson, and shows the Court that:

1. The above-entitled case was dismissed by Order dated Aug 09, 2000. Payments were made to and received by the Trustee between the time of the First Meeting of Creditors and this date. The final account is as follows:

| | | |
|---|---|---|
| **Receipts from debtor plus interest:** | $ | 1,478.00 |
| Disbursements - Secured | $ | .00 |
| Disbursements - Adequate Protection | $ | .00 |
| Disbursements - Unsecured | $ | .00 |
| Disbursements - Priority/Administrative | $ | .00 |
| Trustee Fees and Expenses | $ | .00 |
| Debtor's Attorney Fees | $ | 500.00 |
| Debtor Refund / Garnishment or Levy | $ | 978.00 |
| **Total Funds on Hand** | $ | .00 |

2. All matters over which the Court retained jurisdiction have been completed.

WHEREFORE, Petitioner prays that a final decree be entered discharging Petitioner as Trustee, releasing petitioner and his surety from any and all liability under his bond on account of the above-entitled proceeding, closing the estate, and for other and further relief as may be just and proper.

DATED 10/11/00.

KEVIN R. ANDERSON,
Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

     I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Final Account of Trustee and Petition for Final Decree, was properly addressed, posted in the U.S. Mail, first-class, postage prepaid, on the _13_ day of _OCTOBER_, 2000 to the following parties at the addresses listed below:

STEFAN T. CHATWIN
2090 SOUTH JENNY LANE
CLEARFIELD, UTAH 84015


KEVIN D. WHATCOTT ESQ.
1846 SOUTH 300 WEST
SALT LAKE CITY, UT 84115-1805


                                           _/s/ Bryce Egbert_
                                           Employee of Office of
                                           Standing Chapter 13 Trustee